**Opinion issued August 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00491-CR

———————————

### IN RE RONALD WAYNE SCHOFIELD, Relator

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 34910**

## MEMORANDUM OPINION

Relator, Ronald Wayne Schofield, has filed a petition for writ of mandamus, challenging the trial court's order denying his motion for judgment nunc pro tunc.[1]

We **deny** the petition for writ of mandamus.

### PER CURIAM

---

[1] The underlying case is *The State of Texas v. Ronald Wayne Schofield*, cause number 34910, in the 239th District Court of Brazoria County, Texas, the Hon. Patrick Sebesta presiding.

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).